**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kevin McCormick, | |
|     Plaintiff, | |
| v. | Case No: **1:23-cv-1998** |
| | Judge: |
| CHICAGO TRANSIT AUTHORITY, | |
|     Defendant. | **Jury Trial Demanded** |

<u>**COMPLAINT**</u>

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion and to provide appropriate relief to Kevin McCormick ("Kevin"), who was adversely affected by such practices. Plaintiff, Kevin McCormick, brings this Complaint through his attorney, Frank Avila, and alleges that Chicago Transit Authority ("Defendant") engaged in intentional discrimination against Kevin when it failed to provide him with a reasonable accommodation because his sincerely held religious beliefs conflicted with a work requirement and instead terminated him, in violation of Title VII.

<u>**JURISDICTION AND VENUE**</u>

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.

2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois Eastern Division.

## ADMINISTRATIVE PROCEDURES

3.      Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission ("EEOC"), asserting the acts of discrimination based on religion, and was issued a Right to Sue letter by the Chicago office of the EEOC on December 30, 2022, which letter Plaintiff received on or about January 2023. A copy of Plaintiff's EEOC Right to Sue letter is attached hereto as **Exhibit A**.

4.      All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

5.      Since at least April 2022, Defendant has engaged in unlawful employment practices in violation of Title VII

6.      CTA operates the nation's second-largest public transportation system, providing service to the City of Chicago.

7.      Kevin is a practicing member of the Catholic faith and a member of the congregation for the doctrine of faith.

8.      Kevin began his employment at CTA on or about January 7, 2019.

9.      At all relevant times during his employment with the CTA, McCormick was a dedicated employee who earned positive reviews from his employer.

**10.**     Kevin's position as an electrician required minimal interaction with the public.

**THE CTA's MANDATORY COVID-19 VACCINATION POLICY**

**11.**     On September 3, 2021, the CTA for the first time announced, approximately 10 months after the first vaccine was authorized, all CTA employees were required to be fully vaccinated against COVID-19.

**12.**     The CTA has claimed, and still claims, to offer religious exemptions and accommodations, stating on their "Careers" website the following:

> "The CTA complies with all federal and state laws forbidding discrimination and will attempt to provide a reasonable accommodation to otherwise qualified individuals to enable them to perform the essential functions of the job. CTA will make reasonable accommodations for the known disabilities of otherwise qualified applicants for employment as well as its employees, unless undue hardship would result. . . . CTA will work with you to determine if an accommodation can be provided. . . . If you are an applicant requesting a COVID-19 vaccine religious accommodation or other, please email the Equal Employment Opportunity Unit at EEODiversity@transitchicago.com."

**13.**     In order to obtain a religious exemption from the mandatory COVID-19 Vaccination Policy, employees have to complete a "Request For Religious Exemption/Accommodation Related to COVID-19 Vaccine."

**14.**     On September 29, 2021, Plaintiff completed and submitted his religious exemption, which is attached to this pleading as **Exhibit B**.

**PLAINTIFF'S SINCERELY HELD RELIGIOUS BELIEFS**

**15.**     Plaintiff has sincerely held religious beliefs that preclude him from complying with the mandatory COVID-19 Vaccination Policy because of the connection between all three COVID-19 vaccines (in their origination, production,

development, or testing), and the cell lines of aborted fetuses, or other similar religious beliefs.

16.     A fundamental component of Plaintiff's sincerely held religious beliefs is that all life is sacred, from the moment of conception to natural death, and that abortion is a grave sin against God and the murder of an innocent life.

17.     Plaintiff's sincerely held religious beliefs, rooted in Scripture, precludes him from accepting any one of the three currently available COVID-19 vaccines, because all three vaccines were derived from, produced, manufactured by, tested on, developed with, or otherwise connected to aborted fetal cell lines

18.     In addition, Plaintiff has a sincerely held religious belief that his body is the temple of the Holy Spirit, and to inject medical products that have any connection whatsoever to aborted fetal cell lines would be defiling the Temple of the Holy Spirit. (See 1 Corinthians 6:15-20 ("Know ye not that your bodies are the members of Christ? shall I then take the members of Christ and make them members of an harlot? God forbid. . . . What? Know ye not that your body is the temple of the Holy Ghost which is in you, which have of God, and ye are not your own? For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's." (KJV)).

19.     Plaintiff has shared these religious beliefs, and others, with the CTA, and has asked the CTA for an exemption and reasonable accommodation for these beliefs, but CTA has refused. In fact, the CTA cites to part of Kevin's explanation:

> Charging Party's request stated that as a practicing Catholic he could not in good conscience accept an experimental mRNA gene therapy drug that includes aborted fetal cell lines because it contradicts his religious beliefs. He further stated that he believes his body was created in the image of Christ and to alter it in such ways would be to

reject the Lord, Jesus Christ. See, CTA RESPONSE TO EEOC COMPLAINT.

**20.**     Defendant granted exemptions to its vaccine policy for religious reasons.

**21.**     Defendant failed to follow its own policy disciplinary procedures with respect to firing  Kevin.

**22.**     Upon information and belief, Defendant hired a non-Catholic Practicing individual who received the vaccination to replace Kevin.

**23.**      Defendant did not offer Kevin a reasonable accommodation for the conflict between his sincerely held religious beliefs and its vaccine policy.

**24.**     Providing the accommodation of granting a vaccine exemption to Kevin would not have been an undue burden on Defendant.

**25.**     The effect of the practices complained of above have been to deprive Kevin of equal employment opportunities and otherwise adversely affect his status as an employee because of his religion.

**26.**     The unlawful employment practices complained of above were intentional.

**27.**      The unlawful employment practices complained of above were done with malice or with reckless indifference to Kevins's federally protected rights.

**COUNT I – VIOLATION OF TITLE VII, 42 U.S.C. § 2000e, et seq.**

**28.**     Plaintiff hereby realleges and adopts each and every allegation above as if fully set forth herein.

29.     Title VII of the Civil Rights Act of 1964 prohibits the CTA from discriminating against its employees on the basis of their sincerely held religious beliefs. See 42 U.S.C. §2000e2(a)

30.     Plaintiff holds sincere religious beliefs that preclude him from receiving a COVID19 vaccine.

31.     Plaintiff informed the CTA of those beliefs and requested religious exemptions and reasonable accommodations from the vaccine mandate.

32.      The CTA failed to provide Plaintiff with a religious exemption and reasonable accommodation, thereby discriminating against Plaintiff because of his religious beliefs.

33.      The CTA did not, and does not, have any undue hardship to justify the denial of Plaintiff's religious exemption request.

34.     The CTA's failure to provide religious exemptions and accommodations has harmed and will continue to harm the Plaintiff.

WHEREFORE, Plaintiff respectfully prays for relief against the CTA as set forth in the Prayer for Relief set out below.

## <u>COUNT II – VIOLATION OF FOURTEENTH AMENDMENT EQUAL PROTECTION</u>

35.     Plaintiff hereby realleges and adopts each and every allegation above as if fully set forth herein.

36.     The Equal Protection Clause of the Fourteenth Amendment requires that the government treat similarly situated persons alike.

37.     The CTA has violated Plaintiff's right to equal protection by granting religious exemption requests to some similarly situated employees but denying the same to him.

38.     The CTA has violated Plaintiff's right to equal protection by continuing to employ certain electricians that are not vaccinated but refusing to continue to employ the Plaintiff on an equal basis.

39.     Under the Equal Protection Clause, government actions and laws which burden a fundamental right and treat persons unequally based on an inherently suspect classification are subject to strict scrutiny.

40.     The CTA cannot satisfy strict scrutiny.

WHEREFORE, Plaintiff respectfully prays for relief against the CTA as set forth in the Prayer for Relief set out below.

## COUNT III – VIOLATION OF THE ILLINOIS RELIGIOUS FREEDOM RESTORATION ACT

41.     Plaintiff hereby realleges and adopts each and every allegation above as if fully set forth herein.

42.     The Illinois Religious Freedom Restoration Act provides: "Government may not substantially burden a person's exercise of religion, even if the burden results from a rule of general applicability, unless it demonstrates that application of the burden to the person (i) is in furtherance of a compelling governmental interest and (ii) is the least restrictive means of furthering that compelling governmental interest." (775 ILCS 35).

43.     The CTA's mandatory vaccine policy substantially burdened Plaintiff's exercise of religion by conditioning his employment on Plaintiff abandoning his religious beliefs.

44.     The CTA cannot meet its burden of demonstrating that its termination of the Plaintiff, and others similarly situated, was in furtherance of a compelling governmental interest and that it was the least restrictive means of furthering that interest.

45.     Plaintiff demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully prays for relief against the CTA as set forth in the Prayer for Relief set out below.

<u>**PRAYER FOR RELIEF**</u>

WHEREFORE, Plaintiff respectfully prays for relief as follows from this honorable Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all other persons in active concert or participation with it, from discriminating against its employees on the basis of their religion.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees who need an accommodation for their sincerely held religious beliefs and practices, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make Kevin whole by providing appropriate back pay with pre-judgment interest, in an amount to be determined at trial, and

other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make Kevin whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in an amount to be determined at trial.

E. Order Defendant to make Kevin whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described above, including emotional pain and suffering, loss of enjoyment of life, inconvenience, anxiety, stress, and humiliation, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

## JURY TRIAL REQUESTED.

DATED: March 29, 2023                    Respectfully Submitted,

                                         Kevin McCormick

                                         By:    /s/ Frank Avila
                                                *Attorney for Plaintiff*

Frank Avila
7132 N. Harlem Ave.
Suite #107
Chicago, Illinois 60631
FrankAvilaLaw@GMail.com
773-671-3480

# EXHIBIT A

U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

December 30, 2022

Mr. Kevin M. McCormick
10151 S. Bell Ave.
Chicago, IL  60643

Re:  EEOC Charge Against Chicago Transit Authority
     No. 440202203084

Dear Mr. McCormick:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                Sincerely,

                Kristen Clarke
                Assistant Attorney General
                Civil Rights Division

      by      /s/ Karen L. Ferguson
                Karen L. Ferguson
                Supervisory Civil Rights Analyst
                Employment Litigation Section

cc: Chicago District Office, EEOC
  Chicago Transit Authority

# EXHIBIT B



# Chicago Transit Authority

**Request For Religious Accommodation Or Moral Conviction Exemption**

The CTA is committed to providing equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination and retaliation. As such, the CTA is committed to complying with all federal, state and local laws protecting employees' religious beliefs and practices and/or sincerely held set of moral convictions. The CTA will consider an exemption/reasonable accommodation for employees' sincerely held religious beliefs and/or set of moral convictions, provided the requested accommodation or exemption is reasonable and/or does not present an undue hardship.

To request a religious exemption/accommodation, please fully complete and submit this form and return it to: eeodiversity@transitchicago.com. Please keep a copy of this document for your records.
Questions? Contact the EEO Hotline at 312-681-2610.

The information provided will be used by the CTA's EEO Unit or other CTA personnel to engage in an interactive process to determine eligibility for and to identify possible accommodations or exemptions. If any employee refuses to provide such information, the employee's refusal may impact the CTA's ability to adequately understand the employee's request or effectively engage in the interactive process to identify possible religious accommodations or exemptions.

## Part 1 – To Be Completed by Employee:

**Name:** Kevin M. McCormick Jr.　　　　　**Badge No.** 62106

**Date of Request:** 09/29/2021　　　　**Work Location:** West Shops

**Position:** Local 134 B Electrician　　　**Department:** Substations

**Contact Information: (Phone #)** 773-554-6677

**Email address:** kevinmmccormickjr@protonmail.com

**Supervisor/Manager Name:** Walter Morris

**Supervisor/Manager Phone Number:** 773-722-4111

**Identify your sincerely held religious belief(s) or moral conviction(s):** As a practicing Catholic, I can not in good conscience accept an experimental mRNA gene therapy drug that includes the use of aborted fetal cell lines. These heinous acts contradict my religious beliefs. I also believe my body was created in the image of Christ and to alter it in such ways would be to reject the Lord, Jesus Christ

**Identify the basis for your religious belief(s) or moral conviction(s):** Receiving sacraments of the Catholic Church, fourteen years of Catholic schooling, the Bible, several religious doctrines, and practicing faith. I have attached several documents to support my sincerely held religious beliefs, practices, morals, and individual conscience.

**What religious accommodation/exemption are you seeking:** I am seeking exemption from all EUA products, including vaccinations, boosters, and invasive PCR nasal testing. I do not want to be discriminated against for being a healthy person. I will comply with the proper PPE and social distancing that the Chicago Transit Authority recommends.

In some cases, the CTA may need to obtain additional information and/or documentation about your religious practice(s), belief(s), or moral conviction(s). We may need to discuss the nature of your religious belief(s), practice(s), moral conviction(s) and accommodation/exemption with your religion's spiritual leader (if applicable) or religious scholars to address your request for an accommodation/exemption.

**If requested, can you provide documentation to support your religious belief(s) and need for an accommodation/exemption?** ☒ Yes ☐ No

<u>Verification and Accuracy</u>
I verify that the information I am submitting in support of my request for an exemption/accommodation is complete and accurate to the best of my knowledge, and I understand that any intentional misrepresentation will subject me to all applicable CTA rules, regulations, policies and procedures regarding falsification and resulting disciplinary actions.

I also understand that my request for a religious exemption/accommodation may not be granted if it is not reasonable, if it poses a direct threat to the health and/or safety of others in the workplace and/or to me, or if it creates an undue hardship on the CTA. "I understand the above is your position. I am signing this document without waiver of my legal right to seek religious exemption and accommodation from ANY requirement that conflicts with my sincerely held religious beliefs, and without waiver of the right to seek legal redress from any wrongful denial of such exemption or accomodation."

**Signature:** _K. M. McC___

**Employee's Printed Name:** _____ Kevin M. McCormick Jr. _____

**Date:** ___ 09/29/2021 ___

## Part 2 – To be Completed by EEO Unit Representative:

**Date Request Received by the EEO Unit:** _____

**Interactive Discussion Date(s) if applicable:** _____

**Exemption/accommodation Granted?** ☐ Yes ☐ No

**Describe exemption/accommodation:**

**If the exemption/accommodation is granted, list the required alternative safety precautions required:**

**If exemption/accommodation not granted, explain why?**

**Signature:** _____

**Printed Name:** _____

**Title:** _____ **Date:** _____

## Chicago Transit Authority

**REQUEST FOR RELIGIOUS EXEMPTION/ACCOMMODATION RELATED TO COVID-19 VACCINE**

The CTA is committed to providing equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination and retaliation. As such, the CTA is committed to complying with all federal, state and local laws protecting employees' religious beliefs and practices. When requested, the CTA will provide an exemption/reasonable accommodation for employees' sincerely held religious beliefs and practices which prohibit the employee from receiving a COVID-19 vaccine, provided the requested accommodation is reasonable and does not create an undue hardship for the CTA or pose a direct threat to the health and/or safety of others in the workplace and/or to the requesting employee.

To request a religious exemption/accommodation related to the CTA's COVID-19 vaccination policy, please fully complete and submit this form and return it to: eeodiversity@transitchicago.com.

The information provided will be used by the CTA's EEO Unit or other CTA personnel to engage in an interactive process to determine eligibility for and to identify possible accommodations. If any employee refuses to provide such information, the employee's refusal may impact the CTA's ability to adequately understand the employee's request or effectively engage in the interactive process to identify possible accommodations.

**Part 1 – To Be Completed by Employee:**

**Name:** Kevin M. McCormick Jr. **Badge No.** 62106

**Date of Request:** 09/29/2021 **Work Location:** West Shops- Substations

**Contact Information: (Phone #)** 773-554-6677

**Email address:** kevinmmccormickjr@protonmail.com

**Supervisor/Manager Name:** Walter Morris

In some cases, the CTA may need to obtain additional information and/or documentation about your religious practice(s) or belief(s). We may need to discuss the nature of your religious belief(s), practice(s) and accommodation with your religion's spiritual leader (if applicable) or religious scholars to address your request for an exemption.

"I, Kevin M. McCormick Jr., understand that the above is your, Chicago Transit Authority's, position. I am signing this document without waiver of my legal right to seek religious exemption and accomadation from any requirement, from vaccinations, boosters and nasal swab testing, that conflicts with my sincerely held religious beliefs, and without waiver of the right to seek legal redress from any wrongful denial of such exemption or accomadation."

**Please explain below why you are requesting an Exemption/Accommodation:**

I AM REQUESTING EXEMPTION BECAUSE IT IS AGAINST MY SINCERELY HELD RELIGIOUS BELIEFS, MY MORALS, AND MY CONSCIENCE TO PUT AN EXPERIMENTAL mRNA GENE THERAPY DRUG (aka "vaccine") INTO MY BODY. MY BODY WAS CREATED IN THE IMAGE OF THE LORD, JESUS CHRIST.

**Please provide any additional documentation to support this request.**

*Copies of support documentation may be uploaded along with this form if submitting electronically, or attached to the form if submitting in person.*

**Verification and Accuracy**

I verify that the information I am submitting in support of my request for an exemption/accommodation is complete and accurate to the best of my knowledge, and I understand that any intentional misrepresentation will subject me to all applicable CTA rules, regulations, policies and procedures regarding falsification and resulting disciplinary actions.

I also understand that my request for an exemption/accommodation may not be granted if it is not reasonable, if it poses a direct threat to the health and/or safety of others in the workplace and/or to me, or if it creates an undue hardship on the CTA.

"I, Kevin M. McCormick Jr., understand the above is your, the Chicago Transit Authority's, position. I am signing this document without waiver of my legal right to seek religious exemption and accommodation from any requirement, from vaccinations, boosters, and nasal swab testing, that conflicts with my sincerely held religious beliefs, and without waiver of the right to seek legal redress from any wrongful denial of such exemption or accommodation."

**Employee's Signature:** _K. M. McC _____ K. M. McC e Jr._

**Employee's Printed Name:** Kevin M. McCormick Jr.

**Date:** 09/29/2021

## Part 2 – To be Completed by EEO Unit Representative:

**Date Request Received by the EEO Unit:** _____

**Interactive Discussion Date(s) if applicable:** _____

**Exemption/accommodation Granted?**   ☐ Yes   ☐ No

**Describe exemption/accommodation:**

**If the exemption/accommodation is granted, list the required alternative safety precautions required:**

**If exemption/accommodation not granted, explain why?**

**Signature of EEO Unit Representative:** _____

**Printed Name:** _____

**Title:** _____ **Date:** _____

## AFFIDAVIT OF VACCINE AND NASAL SWAB TESTING EXEMPTION ON RELIGIOUS GROUNDS FOR EMPLOYEES

Date: 09/ /2021

Governing Authority Name (entity issuing mandate): Chicago Transit Authority
Address: 567 W. Lake St. Chicago, IL 60661

RE: Religious Exemption from Immunization and Nasal Swab Testing Requirements

I, (Legal Name), Kevin M. McCormick Jr. the undersigned, do hereby swear and affirm that I am a member of a recognized religious organization, hold sincere religious beliefs and morals, and that the immunizations and nasal swab testing required by (Governing Authority Name) Chicago Transit Authority are contrary to my religious tenets and practices. On this basis, as the above referenced immunization and nasal swab testing requirements violate my right to freely exercise my religion as guaranteed by the First Amendment of the Constitution of The United States of America, I am asserting my rights to an exemption from (Governing Authority Name) Chicago Transit Authority immunization requirements and nasal swab testing.

**I qualify for this exemption based on the following:**

1) **First Amendment of the United States Constitution**
2) **Title VII of the Civil Rights Act** (*42 U.S. Code § 2000e*) prohibits discrimination against a sincerely held religious belief, practice, or observance. As enforced by the **U.S. Equal Employment Opportunity Commission**, Title VII requires employers to reasonably accommodate an employee's sincerely held religious belief, practice, or observance. For religious accommodation request, according to the EEOC's COVID-19 guidance, employers should ordinarily assume that an employee's request for religious accommodation is based on a sincerely held religious belief, practice, or observance.

EEOC guidance also reminds employers that the ADA prohibits employers from both disclosing that an employee is receiving a reasonable accommodation and retaliating against an employee for requesting an accommodation.

Failure to uphold **42 U.S. Code § 2000e** and any attempt to **coerce** an individual to get the Covid-19 vaccine is a violation of federal law and may be met with legal action.

Thank you in advance,

_____ Kevin M. McCormick Jr.
(Legal Name)

--------------------------Notarial Certificate – To be filled out by a notary public--------------------

State of Illinois
County of COOK

On 9-28-21 , before me Jasmine Griffin (here insert name and title of the officer), personally appeared Kevin M McCormick , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Illinois ,that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

OFFICIAL SEAL
JASMINE GRIFFIN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec. 14, 2024

**Notarized Affidavit of Religious Belief for Exemption from COVID Vaccination**

1) I, _Kevin M. McCormick Jr_ am a practicing Catholic, and my belief is sincere and meaningful.

2) The Catholic church has, over the centuries, extensively addressed issues related to bodily integrity generally and vaccination specifically, including issues of voluntariness and vaccine mandates.

3) Regarding COVID in particular, the Congregation for the Doctrine of the Faith (CDF) published a "Note on the morality of using some anti-Covid-19 vaccines"[1] on December 21, 2020, stating that:

    a) COVID-19 vaccines that used cell lines originating from aborted fetuses are morally compromised. [Note: The J&J vaccine "is an adenoviral vector grown in the PER.C6 cell line that originated from a healthy 18-week-old aborted child."[2] The Pfizer and Moderna vaccines were tested using the "morally compromised HEK-293 cell line," originating from "a child aborted in the Netherlands in 1972."[3]] Catholics have a moral duty to avoid use of such vaccines.

    b) However, this moral duty "is not obligatory if there is a grave danger, such as the otherwise uncontainable spread" of COVID-19.

    c) "In the absence of other means to stop or even prevent the epidemic, the common good may recommend vaccination."

    d) "In such a case, all vaccinations recognized as clinically safe and effective can be used in good conscience."

    e) "At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary."

    f) "Those who, [...] for reasons of conscience, refuse vaccines produced with cell lines from aborted fetuses, must do their utmost to avoid, by other prophylactic means and appropriate behavior, becoming vehicles for the transmission of the infectious agent."

4) To summarize, the moral duty to avoid use of these three COVID vaccines is not obligatory only if:

    a) The spread of COVID-19 is otherwise uncontainable.

    b) There is an absence of other means by which to stop or prevent the epidemic,

    c) The vaccines are clinically safe, and

    d) The choice to receive a vaccine must be voluntary.

5) If any element is not satisfied, the moral duty to avoid using the vaccines is obligatory. In which case, _Chicago Transit Authority_ 's vaccine mandate violates my Catholic faith.

6) Even if all elements were satisfied, a non-obligatory moral duty does not equate to me taking a vaccine, much less authorizing a vaccine mandate. It merely means that, as a Catholic, I have the option to evaluate the evidence myself and make my own prudential decision whether to receive a vaccine; to repeat, "it must be voluntary." I can choose to not take a vaccine, in which case I must "avoid, by other prophylactic means and appropriate behavior, becoming [a] vehicle for the transmission of the infectious agent."

7) Here, all four elements have yet to be satisfied.

8) The threshold issue is voluntariness: "vaccination is not, as a rule, a moral obligation and [...], therefore, it must be voluntary." This mandate violates my Catholic faith because it is, by definition, not voluntary.

9) Rather than a coercive mandate, _Chicago Transit (CTA) Authority_ should emphasize the virtue of Prudence, allowing each student/employee to make a prudential decision whether to take a COVID vaccine. Failing this, _CTA_ should follow the science by changing the mandate to acknowledge two

---

[1] https://www.vatican.va/roman_curia/congregations/cfaith/documents/rc_con_cfaith_doc_20201221_nota-vaccini-anticovid_en.html

[2] https://www.catholicworldreport.com/2021/03/03/opinion-its-time-to-get-beyond-vaccines/

[3] https://www.usccb.org/moral-considerations-covid-vaccines

additional "means by which to stop or prevent the epidemic," two additional forms of protection that are equivalent to or greater than protection gained via some or all of the three COVID vaccines:

    a) Naturally acquired immunity via prior COVID infection and subsequent recovery; and

    b) Prophylactic ivermectin, taken weekly in accordance with the FLCCC Alliance protocol.[4]

10) Consistent with the CDF note, I am already taking the most effective "other prophylactic means" as an alternative to vaccination: ivermectin taken weekly as a prophylactic, per the FLCCC Alliance protocol. Regarding ivermectin's efficacy against COVID, as both prophylaxis and treatment, please see the attached 4-page summary. The full 47-page meta-analysis is at https://ivmmeta.com/ .

11) If _____*CTA*_____ decides to acknowledge the ivermectin evidence and allow this form of protection as an alternative to vaccination, I am willing to sign something weekly verifying that I am taking the medication.

12) Furthermore, there is evidence that the three COVID vaccines are not clinically safe. The <u>AMERICA'S FRONTLINE DOCTORS, et al. v. XAVIER BECERRA, Secretary of the U.S. Department of Health and Human Services, et al.</u> complaint mentions some of this evidence, including myocarditis and pericarditis in young men, per the CDC.[5]

13) The most concerning piece of evidence is a graph created using data from Pfizer (next page). As background:

    a) All three vaccines utilize the Spike protein. Recent studies[6,7] indicate the Spike protein alone (without coronavirus infection *per se*) is enough to cause damage, inducing symptoms similar to catching COVID-19. This fact appears to have come as a surprise to the vaccine developers.[8]

    b) The three vaccines were designed to anchor the Spike protein to the cell; the Spike protein was <u>not</u> supposed to flow freely in the blood. After injection, the Spike protein was supposed to initially stay in and around the injection site, then eventually end up in the liver to "get chewed up by various destructive enzymes."[9]

14) However, the Pfizer data (chart on next page) show something different happening in reality:

    a) During the initial 8 hours after injection, the Spike protein is flowing freely in both the blood plasma and whole blood. This indicates that the "anchoring" did not work. This was not supposed to happen.

    b) The Spike protein is then concentrating in both the ovaries and bone marrow. This was not supposed to happen either. The Spike protein was supposed to end up in the liver to "get chewed up by various destructive enzymes."

15) Thus far, there is only one year of data available on these three vaccines; nobody knows what the long-term effects will be. This makes Point 14(b) particularly concerning. Concentration of the Spike protein in the ovaries suggests infertility or birth defects as long-term effects, and concentration in the bone marrow suggests leukemia or autoimmune disorders.

16) As a Catholic, I support life. This position is not limited to opposing abortion; it extends to opposing both COVID vaccines tested using aborted fetal cell lines and a vaccine mandate that may, based on available evidence, cause infertility in females and/or birth defects in future children.

17) _____*CTA*_____'s vaccine mandate applies to both males and females. As a Catholic, I believe that any risk of infertility - for anyone - is an unacceptably high risk. Forcing female

---

[4] https://covid19criticalcare.com/covid-19-protocols/
[5] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html
[6] https://www.ahajournals.org/doi/full/10.1161/CIRCRESAHA.121.318902
[7] https://www.contagionlive.com/view/spike-protein-of-sars-cov-2-virus-alone-can-cause-damage-to-lungs
[8] https://podcasts.apple.com/us/podcast/how-to-save-the-world-in-three-easy-steps/id1471581521?i=1000525032595
[9] https://blogs.sciencemag.org/pipeline/archives/2021/05/04/spike-protein-behavior

students/employees to take this risk by mandating vaccination when the safer alternative of prophylactic ivermectin is available and known is unethical, inhumane, illegal, and in violation of my Catholic faith. _____CTA_____ should eliminate its vaccine mandate, but failing that, female students/employees should be exempted from the mandate.



I declare under penalty of perjury that the foregoing is true and correct. Executed on 9, 28, 2021.

_Kevin M McCormick  9-28-21_
Name                           Date

State of __Illinois__ : ss

I hereby certify that on this __28__ day of __September__, 2021, before me, the subscriber, a notary public in and for the aforesaid jurisdiction, personally appeared _Kevin M McCormick_ known to me, and executed the foregoing affidavit, and made oath in due form of law, under the penalties of perjury, that the affidavit is his/her act and deed, that the matters and facts herein contained are true to the best of his/her knowledge.

_____
Notary Public

My Commission expires: __12-14-24__

OFFICIAL SEAL
JASMINE GRIFFIN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec. 14, 2024

Page **3** of **3**

09/27/2021

To Whom It May Concern,

I am baptized Catholic seeking an exemption from an immunization requirement. This letter explains how the Catholic Church's teaching may lead to individual Catholics, including me, Kevin M. McCormick Jr., to decline certain vaccines.

The Roman Catholic Church teaches that a person may be required to refuse medical intervention, including a vaccination, if his or her informed conscience comes to this sure judgement. While the Catholic Church does not prohibit the use of any vaccine, and generally encourages the use of safe and effective vaccines as a way of safeguarding personal and public health, the following authoritative Church teachings demonstrate the principled religious basis on which a Catholic may determine that he or she ought to refuse certain vaccines:

- Vaccination is not morally obligatory in principle and so must be voluntary.[1]
- There is a general moral duty to refuse the use of medical products, including certain vaccines, that are produced using human cell lines derived from direct abortions. It is permissible to use such vaccines only under certain case-specific conditions, based on a judgement of conscience.[2]
- A person's informed judgements about the proportionality of medical interventions are to be respected unless they contradict authoritative Catholic moral teachings.[3]
- A person is morally required to obey his or her sure conscience.[4]

A Catholic may judge it wrong to receive certain vaccines for a variety of reasons consistent with these teachings, and there is no authoritative Church teaching universally obliging Catholics to receive any vaccine. An individual Catholic may invoke Church teaching to refuse a vaccine developed or produced using abortion-derived cell lines. More generally, a Catholic might refuse a vaccine based on the Church's teachings concerning therapeutic proportionality. Therapeutic proportionality is an assessment of whether the benefits of a medical intervention outweigh the undesirable side-effects and burdens considering the integral good of the person, including

---

[1] Congregation for the Doctrine of Faith (CFD), "Note on the Morality of Using Some Anti-Covid-19 Vaccines," December 17th, 2020, n.5: "At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary."

[2] See Pontifical Academy for Life, "Moral Reflections on Vaccines Prepared from Cells Derived from Aborted Human Fetuses," June 9th, 2005; Congregation for the Doctrine of the Faith, Instruction *Dignitas personae,* 2008, nn. 34-45; Congregation for the Doctrine of Faith, "Note on the Morality of Using Some Anti-Covid-19 Vaccines," nn. 1-3. When there is a sufficiently serious reason to use the product and there is no reasonable alternative available, the Catholic Church teaches that it may be permissible to use the immorally sourced product under protest. In any case, whether the product is used or not, the Catholic Church teaches that all must make their disagreement known and request the development of equal or better products using biological material that does not come from abortions.

[3] See United States Conference of Catholic Bishops (USCCB), *Ethical and Religious Directives for Catholic Health Care Services,* 6th. Ed (Washington, D.C.: USCCB Publishing, 2018), n. 28. Hereafter *"ERDs."*

[4] "A human being must always obey the certain judgement of his conscience. If he were deliberately to act against it, he would condemn himself. Yet it can happen that moral conscience remains in ignorance and makes erroneous judgments about acts to be performed or already committed." *Catechism of the Catholic Church* (Vatican City: Libreria Editrice Vaticana, 1993), www.vatican.va, n. 1790. Hereafter *"CCC."*

spiritual, psychological, and bodily goods.[5] It can also extend to the good of others and the common good, which likewise entail spiritual and moral dimensions and are not reducible to public health. The judgment of therapeutic proportionality must be made by the person who is the potential recipient of the intervention in the concrete circumstances,[6] not by public health authorities or by other individuals who might judge differently in their own situations.

At the core of the Church's teaching are the first and last points listed above; vaccination is not a universal obligation and person must obey the judgement of his or her own informed and certain conscience. In fact, the *Catechism of the Catholic Church* instructs that following one's conscience is following Christ Himself:

> In all he says and does, man is obliged to follow faithfully what he knows to be just and right. It is by the judgement of his conscience that man perceives and recognizes the prescription of the Divine Law: "Conscience is a law of the mind; yet (Christians) would not grant that is nothing more…(Conscience) is a messenger of Him, who, both in nature and in grace, speaks to us behind a veil, and teaches and rules us by His representatives. Conscience is the aboriginal Vicar of Christ."[7]

Therefore, if a Catholic comes to an informed and sure judgement in conscience that he or she should not receive a vaccine, then the Catholic Church requires that the person follow this certain judgement of conscience and refuse the vaccine. The *Catechism* is clear: "Man has the right to act in conscience and in freedom so personally to make moral decisions. 'He must not be forced to act contrary to his conscience. Nor must he be prevented from actin according to his, conscience, especially in religious matters."[8]

Sincerely in Christ,

Kevin M. McCormick Jr.

---

[5] See *ERDs,* nn. 32-33; nn. 56-57; Part Three, Introduction, para. 2; Part Five, Introduction, para. 3.
[6] See *ERDs,* nn. 56-57. "Both of these directives state that the proportionality of medical intervention is established "in the patient's judgement."
[7] *CCC,* n. 1777, citing John Henry Cardinal Newman, "Letter of the Duke of Norfolk," V, in *Certain Difficulties felt by Anglicans in Catholic Teaching II* (London: Longmans Green, 1885), 248.
[8] *CCC,* n. 1782, citing Second Vatican Council, *Dignitatis humanae,* December 7th, 1965, n.3.

**Matthew 6: 19-24. KJV (1339).**

19 Lay not up for yourselves treasures upon earth, where moth and rust doth corrupt, and where thieves break in and steal: 20 but lay up for yourselves treasures in heaven, where neither moth nor rust doth corrupt and where thieves do not break in and steal: 21 For where your treasure is, there your heart will be also. 22 The light of the body is the eye: if therefore thine eye be single, thy whole body shall be full of light. 23 But if thine eye be evil, thy whole body shall be full of darkness. If therefore the light that is in thee be darkness, how great *is* that darkness! 24 No man can serve two masters: for either he will hate the one and love the other; or else he will hold to the one, and despise the other. Ye cannot serve God and mammon[1].

These verses from the Gospel according to Matthew are very significant in my situation. "No man can serve two masters," I was raised in a very strict Catholic household and it is believed that we are not only honoring our parents but ultimately honoring and serving Jesus Christ. When my job is threatened by force or fear; to serve a "place" where my income, and ability to provide for my family, is used as power to make a decision on my health... my master ultimately shifts to money. Man can only have one master, and there is only one, the Lord, Jesus Christ. Money is not my master and it directly becomes that by not allowing me to have an option for my own body, my very own health. I was uniquely and perfectly created in Jesus's image. Money is the root of all evil, but strong men with conviction and purpose, know that it is just an earthly object and it does not matter in the end. Faith and walking in the steps of Christ has more value in my life.

In verses 6:19-21 the greatest concern for me is, I desire a heavenly reward not earthly reward. Which, in short, means: desire God not money. In 6:24 the issue is whether you can serve two masters. Answer: You cannot serve God and money. If I am laying up treasures in heaven not earth, I will be walking in the light. If I am serving God not money, I am walking in the light.

**Genesis 1: 1-5. KJV (1).**

1 In the beginning God created the heaven and the earth. 2And the earth was without form, and void; and darkness was upon the face of the deep. 2 And the Spirit of God moved upon the face of the waters. 3 And God said, Let there be light: and there was light. 4 And God saw the light, that it *was* good: and God divided the light from the darkness. 5 And God called the light Day, and the darkness he called Night. And the evening and the morning were the first day.

God is the light and earth is the darkness. Our earth is nothing without the presence of the Lord. My God is greater than any man made, experimental mRNA gene therapy, that has been labeled as a "savior," a savior for us all if we reject God and put all our faith in man to save our nation. We are still "One Nation Under God." To follow the path that Jesus Christ has left for me is far greater than any man made earthly "treasure." This vaccine is not my savior and I believe with my whole heart that I will fall out of His grace and lose my path and purpose in life. God designed my body and my being. I'd like to keep it that way.

**Genesis 3: 2-5. KJV (4).**

2 And the woman said unto the serpent, We may eat of the fruit of the trees in the garden: 3 But the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it , lest ye die. 4 And the serpent said unto the woman, Ye shall not surely die. 5 For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil.

---

[1] Mammon- Riches, avarice, and worldly gain personified as a false god in the New Testament. Often material wealth as regarded as having an evil influence. *American Heritage English Dictionary.*

We are being told to "trust the science" but Jesus Christ tells us to trust in His word, and "trust the science" falls into what the serpent told Eve. If you eat this fruit (if you take this mRNA gene therapy) you will certainly not die for God knows that when you eat from it your eyes will be like gods, knowing good and evil. We are being told that if we take this shot, we will protect the nation and our children from the pandemic. I can only see this experimental mRNA gene therapy as a temptation from the serpent to trust science and we will have powers like God. I will NOT place my faith in this experiment, I will NOT take the risk and be tempted that science(ism) knows all, because it is flawed, it has failed, and it keeps changing nonsensically. Through Jesus Christ, my Lord and God... it is He who has never failed me and I stand strong in my conviction to not be tempted out of fear to place my body at risk and my health into the hands of experimental and faulty science(ism). My health stands strong in Jesus Christ.

## Matthew 9: 11-12. KJV (1343).

11 And when the Pharisees saw it, they said unto his disciples, Why eateth your Master with publicans and sinners. 12 But when Jesus heard that, he said unto them, "They that be whole need not a physician, but they that are sick."

## Mark 7: 20-23. KJV (1397).

20 And he said, "That which cometh out of the man, that defileth the man. 21 For from within, out of the heart of men, proceed evil thoughts, adulteries, fornications, murders, 22 Thefts, covetousness, wickedness, deceit, lasciviousness, an evil eye, blasphemy, pride, foolishness: All these evil things come from within, and defile the man.

All these products created in the last eighteen months are Emergency Use Authorized (EUA), all experimental and all unproven. That also includes PCR tests that are invasive and faulty. From the Gospel according to Matthew, Jesus tells us that when you are whole you are not sick and do not need a physician. I will not subject myself to testing when I am a healthy individual. We do not live a life where we are sick until proven healthy. These practices are discriminatory and faulty and prove nothing. I put all my faith in God to protect me. I was given free will and choice to either take care of my body or let it erode. My body is a temple, I was only given one by God. In the verses from the Gospel according to Mark, it literally tells us how flawed man is. What I have witnessed in the last 18 months, I believe it was God opening my eyes to something more sinister, vile, and morally bankrupt.